The evidence adduced at the trial of this case establishes the complete good faith of the importer. *Linen Thread Co.* v. *United States*, 13 Ct. Cust. Appls. 395, T. D. 41322; *Syndicate Trading Co.* v. *United States*, 13 Ct. Cust. Appls. 409, T. D. 41339; *Stone & Downer Co.* v. *United States*, 13 Ct. Cust. Appls. 649, T. D. 41488. This petition is therefore granted. Judgment will be rendered accordingly.

BEFORE THE FIRST DIVISION, MARCH 25, 1953

**No. 57190.**—J. H. Bleistein, Inc., et al. *v.* United States, protests 485549–G, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the kidskin plates (except bale 1115 on W. H. 14571, protest 909389–G) are similar in all material respects to those the subject of *Kung Chen Fur Corpn.* v. *United States* (29 Cust. Ct. 266, C. D. 1480), the claim for free entry under paragraph 1681 was sustained. In all other respects the protests were overruled.

FORD, J., concurred.

MOLLISON, J., dissented for the reasons set forth in his dissenting opinion in C. D. 1480, *supra.*

**No. 57191.**—W. J. Byrnes & Co. of N. Y. and A. Shesunoff et al. *v.* United States, protests 636990–G, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the kidskin plates are similar in all material respects to those the subject of *Kung Chen Fur Corpn.* v. *United States* (29 Cust. Ct. 266, C. D. 1480), the claim for free entry under paragraph 1681 was sustained.

FORD, J., concurred.

MOLLISON, J., dissented for the reasons set forth in his dissenting opinion in C. D. 1480, *supra.*

**No. 57192.**—Gitelman & Strumeyer, Inc., et al. *v.* United States, protests 759054–G, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the kidskin plates are similar in all material respects to those the subject of *Kung Chen Fur Corpn.* v. *United States* (29 Cust. Ct. 266, C. D. 1480), the claim for free entry under paragraph 1681 was sustained.

FORD, J., concurred.

MOLLISON, J., dissented for the reasons set forth in his dissenting opinion in C. D. 1480, *supra.*